Mark N. Goodman/5124
**GOODMAN LAW FIRM**
P.O. Box 2489
Prescott, AZ 86302-2489
928/445-3230 (voice)
mark@goodmanlaw.com
Attorneys for Plaintiff/Creditor
Reva's Floor Décor, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>PETER DAVID HUPPER,<br>                       Debtor.<br><br>REVA'S FLOOR, DÉCOR, INC., an Arizona corporation,<br>                       Plaintiff,<br>vs.<br>PETER DAVID HUPPER,<br>                       Defendant. | Chapter 7<br>Case No. 2:13-bk-00625-EPB<br><br>**Adv. No. 2:13-ap-01056-EPB**<br><br>**STIPULATION TO DISMISS<br>§727 CLAIM** |

Judgment for Plaintiff Reva's Floor Décor, Inc. ("Plaintiff") having been entered pursuant to Plaintiff's motion for summary judgment, Plaintiff and Debtor/Defendant Peter David Hupper ("Defendant"), through their undersigned counsel, hereby stipulate that the Court may dismiss the *Fourth Claim for Relief* (for relief under 11 U.S.C. § 727 (a)(12)) in Plaintiff's *Complaint*.

Plaintiff and Defendant further stipulate that all future hearings may be vacated by the Court and that the Court may enter the proposed Order lodged herewith.

Dated the 8th day of January, 2014.

1

GOODMAN LAW FIRM

By: _____
Attorneys for Reva's Floor Décor, Inc.

**ALLEN, SALA & BAYNE, PLC**

By: <u>Thomas H. Allen (signed w/ permission –
see attached</u>
Thomas H. Allen
1850 N. Central Ave., Ste. 1150
Phoenix, Arizona 85004
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Thomas H. Allen, ALLEN, SALA & BAYNE, PLC
1850 N. Central, Suite 1150, Phoenix, Arizona 85004,
Email: tallen@asbazlaw.com
*Attorneys for Debtor/Defendant*

And I further certify that I will e-mail the document via electronic mail the same date to the following:

Thomas H. Allen, ALLEN, SALA & BAYNE, PLC
1850 N. Central, Suite 1150, Phoenix, Arizona 85004,
Email: tallen@asbazlaw.com
*Attorneys for Debtor/Defendant*

And I further certify that I will mail the document by U.S. mail the same date to the following:

Lothar Goernitz,
PO Box 32961, Phoenix, AZ 85064-2961
Chapter 7 Trustee

Michael P. Lane, Lane & Nach, P.C.
2025 North Third Street, Suite 157, Phoenix, AZ 85004
michael.lane@lane-nach.com

2
Case 2:13-ap-01056-EPB    Doc 18    Filed 01/08/14    Entered 01/08/14 16:49:04    Desc
Main Document    Page 2 of 4

*Attorneys for Chapter 7 Trustee*

Daniel F. Furlong
100 E. Union Street, P.O. Box 3550, Prescott, AZ 86302
danfurlong@cableone.net
*Attorneys for Reva's Floor Décor, Inc.*

Thomas H. Allen, ALLEN, SALA & BAYNE, PLC
1850 N. Central, Suite 1150, Phoenix, Arizona 85004,
Email: tallen@asbazlaw.com
*Attorneys for Debtor/Defendant*

GOODMAN LAW FIRM


By: _____
Attorneys for Reva's Floor Décor, Inc.

///

**Subject:** RE: Hupper/Emailing: stip.dismiss.727.claim.pdf
**From:** "Thomas Allen" <tallen@asbazlaw.com>
**Date:** Tue, 31 Dec 2013 10:30:57 -0700
**To:** "Mark N. Goodman" <info@goodmanlaw.com>

Mark

The Stipulation are Order look good.  You are authorized to sign on my behalf and file with the court.  Tom

**ALLEN, SALA & BAYNE**
PLC

Thomas H. Allen
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Ofc: 602-256-6000
Fax: 602-252-4712
tallen@asbazlaw.com

*Our firm is a debt relief agency.  Among other legal services, we help individuals and businesses file for bankruptcy relief under the United States Bankruptcy Code.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify us at (602) 256-6000.  This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*